No. 11A85.  ZANGARA v. SOMERSET MEDICAL CENTER.  Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 11A160 (11–198).  NIETO v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir.  Application for stay, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.